UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BROOKHOLLOW HOLDINGS, LLC AND BROOKHOLLOW OPERATIONS, LLC** | * * * * | **CIVIL ACTION** <br><br> **NO. 2:20-CV-02445** |
| **VERSUS** | * * | **JUDGE GREG G. GUIDRY** |
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** | * | **MAGISTRATE JUDGE DANA DOUGLAS** |

## JOINT STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Brookhollow Holdings, LLC and Brookhollow Operations, LLC, and Defendant, Travelers Property Casualty Company of America ("Travelers"), which in accordance with the Scheduling Order, (R. Doc. 6), submits this Joint Status Report.

1. **Listing of All Parties and Counsel of Record**

    Counsel for Plaintiffs, Brookhollow Holdings, LLC and Brookhollow Operations, LLC

    Jonathan L. Schultis (#34974) (T.A.)
    j.schultis@riccipartnersllc.com
    Michael S. Ricci (#33332)
    m.ricci@riccipartnersllc.com
    Brian G. LeBon, Jr. (#36214)
    b.lebon@riccipartnersllc.com
    James A. Gonczi (#37699)
    j.gonczi@riccipartnersllc.com
    RICCI PARTNERS, LLC
    101 W. Robert E. Lee Blvd., Suite 400
    New Orleans, Louisiana 70124
    Phone: (504) 304-7115
    Facsimile: (504) 304-1123

    &

1

Counsel for Defendant, Travelers Property Casualty Company of America

Joseph P. Guichet (#24441) (T.A.)
jguichet@lawla.com
Stephen F. Butterfield (#35689)
sbutterfield@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

2. **Pending Motions**

None.

3. **Status Conference, Pretrial Conference, and Trial Information**

**Upcoming Case Event Dates and Times**

| | |
|---|---|
| Final Pretrial Conference | January 13, 2022 at 10:00 a.m. (Via telephone at (877) 873-8018, access code 6487932) |
| Jury Trial | Monday, February 7, 2022, at 9:30 a.m. before Judge Greg G. Guidry |

Trial by jury has been requested.

Trial is estimated to last 10 days.

4. **Brief Description of the Factual and Legal Issues Underlying the Dispute**

This case involves a dispute about insurance coverage under a Boiler and Machinery policy issued by Travelers. Plaintiffs contend that on or about July 10 to July 14, 2019, commercial freezers used for cold storage suffered mechanical failure. At the time of the alleged mechanical failure(s), Travelers had issued a policy of Boiler and Machinery coverage, bearing policy number BME1-1N190061-TIL-19, with a policy period of January 15, 2019 to January 15, 2020, to Brookhollow Properties LLC and Brookhollow Holdings, LLC (the "Policy"). The insured location under the Policy was 134 Brookhollow Esplanade, Harahan, Louisiana 70123.

Plaintiffs contend they are entitled to recover damages from Travelers for food spoilage up to the Policy limits of $500,000.00, $54,464.00 for property damage, and $44,800.00 loss of business income in a yet to-be determined amount.  Plaintiffs further claim entitlement to penalties and attorneys' fees under both La. R.S. § 22:1892 and § 22:1973 based on Travelers' denial of the claim solely based on the application of a lightning exclusion to the subject policy.[1]

Travelers contends that the Policy does not provide coverage for Plaintiffs' claimed losses and that it did not act in bad faith in denying Plaintiffs' claim based on the information available to it.  Travelers disputes Plaintiffs' factual and legal positions in support of their claims under La. R.S. § 22:1892 and § 22:1973.

5. **Listing of Discovery Remaining**

Travelers intends to propound additional written discovery to Plaintiffs.  Travelers also intends to issue subpoenas for, or otherwise seek production of, documents relevant to the case from third-parties, and conduct additional inspections of equipment.

Both parties also intend to conduct discovery depositions, exchange expert reports, and conduct expert discovery.

6. **Status of Settlement Negotiations**

The parties participated in a voluntary mediation on May 26, 2021, but it was not successful.  The parties may revisit settlement negotiations after discovery is completed.

Respectfully Submitted By:

---

[1] *See Zydeco's II, LLC v. Certain Underwriters at Lloyd's, London*, 19-562, p. 41 (La.App. 5 Cir. 5/28/21) ("Notice of facts which would cause a reasonable person to inquire further imposes a duty of investigation upon the insurer, and failure to investigate constitutes a waiver of all powers or privileges which a reasonable search would have uncovered." *Id.*); *see also Consol. Companies, Inc. v. Lexington Ins. Co.*, 616 F.3d 422, 434 (5th Cir.2010) ("The fact that both require the same finding of bad faith does not render this distinction irrelevant, nor does it render redundant awarding statutory damages along with assessing statutory penalties. In sum, statutory damages under Section 22:1220(A) may be awarded concurrent with statutory penalties under Section 22:658(B)(1)." *Id.*).

| | |
|---|---|
| */s/ Jonathan L. Schultis* | */s/ Joseph P. Guichet* |
| Jonathan L. Schultis (#34974) (T.A.) | Joseph P. Guichet (#24441) (T.A.) |
| j.schultis@riccipartnersllc.com | jguichet@lawla.com |
| Michael S. Ricci (#33332) | Stephen F. Butterfield (#35689) |
| m.ricci@riccipartnersllc.com | sbutterfield@lawla.com |
| Brian G. LeBon, Jr. (#36214) | LUGENBUHL, WHEATON, PECK, RANKIN & |
| b.lebon@riccipartnersllc.com | HUBBARD |
| James A. Gonczi (#37699) | 601 Poydras Street, Suite 2775 |
| j.gonczi@riccipartnersllc.com | New Orleans, LA 70130 |
| RICCI PARTNERS, LLC | Telephone: (504) 568-1990 |
| 101 W. Robert E. Lee Blvd., Suite 400 | Facsimile: (504) 310-9195 |
| New Orleans, Louisiana 70124 | |
| Phone: (504) 304-7115 | |
| Facsimile: (504) 304-1123 | |
| *Attorneys for Plaintiffs,* | *Attorneys for Defendant,* |
| *Brookhollow Holdings, LLC and* | *Travelers Property Casualty Company of* |
| *Brookhollow Operations, LLC* | *America* |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon all counsel of record through the Court's CM/ECF system on this 26th day of July, 2021.

*/s/ Joseph P. Guichet*
Joseph P. Guichet